Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS APC                                              JS-6
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIGN COLLECTION, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHOPPERS WORLD STORES, INC.; *et al.*,<br>                    Defendants. | Case No.: CV14-2720-JFW (PLAx)<br>*Hon. John F. Walter Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

### **ORDER**:

Having reviewed the stipulation of the parties to dismiss Plaintiff's claims against Min S. Yun dba Vizio Fashion with prejudice, and finding good cause thereon,

IS HEREBY ORDERED that:

1. Plaintiff's claims against Min S. Yun dba Vizio Fashion are dismissed with prejudice.
2. Plaintiff and Min S. Yun dba Vizio Fashion will each bear their own costs and fees as incurred against one another.

SO ORDERED.

Date: February 19, 2015

_____
Hon. John F. Walter
U.S. District Court Judge